| | | |
|---|---|---|
| MARTHA MCCLENDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-CV-00197 |
| | ) | |
| RHEA COUNTY SCHOOL DISTRICT, | ) | |
| SPRING CITY ELEMENTARY | ) | |
| SCHOOL, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT OF RULE 26(f) DISCOVERY PLAN

NOW COME the parties, by and through counsel, and, pursuant to *Fed. R. Civ. P.* 26(f)(3) and the Court's Order dated April 10, 2026 (Doc. No. 17), submit their Rule 26(f) Discovery Plan. The parties held their discovery planning conference on April 15, 2026, during which the following was discussed:

(A) The parties exchanged initial disclosures on December 15, 2025.

(B) The subjects on which discovery may be needed are those that pertain to the Plaintiff's claims as set forth in her Complaint and the defenses raised by the Defendants in their Answer. The parties estimate that discovery can be completed by the end of January 2027. The parties do not see a need to conduct discovery in phases or otherwise limit discovery.

(C) The parties have discussed preservation and disclosure of electronically stored information generally and have agreed to produce such information in PDF format.

(D) To the extent that a party may be asked to produce information that it considers privileged, the party will develop and submit a privilege log.

(E) The parties do not believe that any changes need to be made in the limitations on discovery imposed under the *Federal Rules of Civil Procedure* or that any other limitations should be imposed.

(F) The parties do not presently believe that the Court needs to issue any orders pursuant to Rule 26(c). The parties understand that the Court has issued an order under Rule 16(b) as a result of the April 8, 2026 scheduling conference.

During their discovery conference, the parties also discussed settlement of this matter and determined that the possibility of settlement is unknown at this time.

Respectfully submitted,

RMR LEGAL PLLC

BY: /s/ *Roy Michael Roman* (with permission)
ROY MICHAEL ROMAN--TNBPR: 042658
*Attorneys for Plaintiff*
70 N. Ocoee Street
Cleveland, TN 37311
(423) 528-8484
roymichael@rmrlegal.com

BENNETT & DECAMP, PLLC

BY: /s/ *Mary C. DeCamp*
D. SCOTT BENNETT—TNBPR: 015988
MARY C. DECAMP – TNBPR: 027182
*Attorneys for Defendants Rhea County*
*School District and Spring City Elementary*
*School*
735 Broad Street
Suite 214
Chattanooga, TN 37402
Telephone: (423) 498-3789
dsb@bennettdecamp.com
mcd@bennettdecamp.com

2

# CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 15th day of April, 2026.

BY:    /s/ *Mary C. DeCamp*
       MARY C. DECAMP – TNBPR: 027182

3